Darnicah OWENS, Appellant,

v.

DIVISION OF EMPLOYMENT
SECURITY, Respondent.

No. WD 69543.

Missouri Court of Appeals,
Western District.

Dec. 9, 2008.

Motion for Rehearing and/or Transfer to
Supreme Court Denied Jan. 27, 2009.

Appellant Acting Pro Se, Kansas City,
MO, for appellant.

Marilyn Gail Green, Esq., Jefferson
City, MO, for respondent.

Before JOSEPH P. DANDURAND,
P.J., HAROLD LOWENSTEIN and
JAMES SMART, JJ.

### ORDER

Darnicah Owens appeals the order of
the Labor and Industrial Relations Com-
mission affirming the Appeals Tribunal's
determination that Ms. Owens was ineligi-
ble for waiting week credit and benefits.
Because a published opinion would have no
precedential value, a memorandum has
been provided to the parties. The judg-
ment is affirmed. Rule 84.16(b).